UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| INFLATION SYSTEMS, INC., ) | |
| ) | NO.   CV-04-0205-LRS |
| Plaintiff, ) | |
| ) | |
| -vs- ) | ORDER OF DISMISSAL |
| ) | |
| ) | |
| NATIONAL-STANDARD COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

Pursuant to Federal Rules of Civil Procedure 41(a)(1)(ii), the parties have entered a "Stipulation For Order of Dismissal with Prejudice" on December 15, 2005, which was filed with the Court on December 22, 2005 (Ct. Rec. 27). Accordingly,

**IT IS ORDERED** that the above-titled case be dismissed with prejudice pursuant to Ct. Rec. 27 and the file be closed in this matter.

The District Court Executive is directed to file this Order and provide copies to counsel.

**DATED** this 3rd day of January, 2006.

_s/ Lonny R. Suko_

LONNY R. SUKO
UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL